JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELIGIO JORGE ROSARIO RAMIREZ,

              Petitioner,

    v.

DAVID J. VENTURELLA, et al.,

              Respondents.

Case No. 5:26-cv-02898-PD

**JUDGMENT**

**A # 240-500-204**

Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count Two and the remaining counts are dismissed without prejudice.

DATED: June 22, 2026

*Patricia Donahue*

_____

Patricia Donahue
United States Magistrate Judge